UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JERRY T MCKINNEY #495639          CIVIL ACTION NO. 23-cv-368 SEC P

VERSUS          JUDGE EDWARDS

BOSSIER MEDIUM SECURITY ET AL          MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that that this civil action is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 5th day of June, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE